UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHANCE BARROW,**<br><br>    Defendant. | Case No. 20-CR-127 (CKK) |

**UNITED STATES' CONSENT MOTION TO DISMISS INDICTMENT
PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE  48(a)**

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through undersigned counsel, hereby moves to dismiss the Indictment, to include Count Three, against the defendant.  Counsel for the defendant has indicated that he consents to the motion.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney for the
District of Columbia
D.C. Bar No. 481866

*/s/Elizabeth Aloi*
ELIZABETH ALOI
Assistant United States Attorney
D.C. Bar No. 1015864
601 D Street, NW
Washington, D.C. 20530
Elizabeth.Aloi@usdoj.gov